MARILYN E. BEDNARSKI (SBN 105322)
KAYE, McLANE & BEDNARSKI
Attorneys at Law
128 North Fair Oaks Avenue, Ste. 100
Pasadena, California 91103
Telephone (626) 844-7660
Facsimile (626) 844-7670
mbednarski_kmb@earthlink.net

Attorneys for Defendant
JANA REINHOLD

*lodged application & order*

FILED
2007 FEB -8 PM 12:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANA REINHOLD,<br><br>Defendant. | NO. CR 04-199-TJH<br><br>NOTICE OF UNDER SEAL, IN CAMERA, FILING OF DEFENDANT REINHOLD EX PARTE APPLICATION, MEMORANDUM AND DECLARATION FOR ORDER APPOINTING INVESTIGATOR |

Defendant, Jana Reinhold hereby gives notice to all counsel for the government and for the defendant's in this case, that he has filed *in camera and under seal* an ex parte application supported by a declaration, seeking authorization for his counsel to appoint an investigator under the Criminal Justice Act.

Respectfully submitted,

DATED: February 8, 2007      By _____
                                MARILYN E. BEDNARSKI
                                Attorney at Law

PROOF OF SERVICE

I, Veronica Aguilar, declare that I am a resident or employed in Los Angeles County, California; that my business address is KAYE, McLANE & BEDNARSKI, LLP, 128 North Fair Oaks Avenue, Pasadena, California 91103; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed in the Law Offices of KAYE, McLANE & BEDNARSKI, whose partners are members of the Bar of the United States District Court for the Central District of California, and at whose direction I served the:

**Notice of Under Seal In Camera Filing**

On February 8, 2007 following ordinary business practice, service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] By hand-delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

Scott Garringer
Assistant United State Attorney
312 N. Spring Street, 15th Floor
Los Angeles, CA 90012

Jill Ginstling
Federal Public Defenders Officer
321 E. Second Street
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on February 8, 2007. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Veronica Aguilar